15-513-CR

Cause NO. 2014 CR 7827

THE STATE OF TEXAS

VS.

Edward Houston

IN THE DISTRICT COURT

227 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

---

## NOTICE OF APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now **Edward Houston**, Defendant in the

above styled and numbered cause, on this the ___3___ day of

**August**, ___2015___, and within thirty (30) days of

sentencing having been imposed against Defendant on the ___30___ day of

**July**, ___2015___, in said cause, and files this written

notice of appeal of said conviction to the 4th Court of Appeals, Bexar County Criminal

Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

Respectfully submitted,

_____
Attorney for Defendant

_____
Defendant

KEITH E. HOTTLE, CLERK
2015 AUG 20 PM 12:50
FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS

## UNSWORN DECLARATION BY INMATE

I, Edward Houston , SID 1030429

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the 3 day of August ,2015.

_____
Defendant

Edward Houston SID# 1030429
200 N Comal ST
San Antonio TX 78207



SAN ANTONIO TX 78205
18 AUG 2015 PM 4 L

Legal Mail
US POSTAGE $00.48
ZIP 78205
041L12202040

78205303999

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio, Texas 78205

